JOSEPH LOW agt. CALEB BARTLETT, imp'd, &c.

A charge for retaining fee, attorney and counsel, $8, is not taxable in interlocutory costs, it belongs in the costs on the final determination of the suit.

*April Term*, 1846.

MOTION by defendant for retaxation of costs.

An order was granted in this cause at the February special term, by which the plaintiff had leave to amend his declaration, by declaring specially, on payment of defendant's costs up to the 12th of January last. Defendant's attorney made out his bill of costs, in which he charged, " retaining fee, attorney and counsel, $8," which was not allowed by the taxing officer. Defendant's attorney appealed from the taxation on that item.

> R. W. PECKHAM, *defendant's counsel.*
> CROMWELL & NORTON, *defendant's attorneys.*
> H. HARRIS, *plaintiff's counsel.*
> W. H. TAGGARD, *plaintiff's attorney.*

BEARDSLEY, Justice. Denied the motion with costs, on the ground that the item of $8, retaining fee, attorney and counsel, was not taxable in interlocutory costs, it belonged to the general costs of the cause, and should not be taxed until its final disposition.